| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>CORINA YEPEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-0151 SMS |
| Plaintiff, | ) ) ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; |
| v. | ) ) | **ORDER** THEREON |
| CORINA YEPEZ, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Corina Yepez, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of her appearance at said time and place.

Defendant makes this request because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship.  Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED: July 1, 2008      /s/ Corina Yepez
                         CORINA YEPEZ


DATED: June 30, 2008     /s/ Charles J. Lee
                         CHARLES J. LEE
                         Assistant Federal Defender
                         Attorney for Defendant

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

**Dated:   July 8, 2008**            **/s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE